# United States Bankruptcy Court
### District of Arizona

In re    __NEW DAWN ASSISTED LIVING OPERATING COMPANY, LLC NO. 19__    Case No. __2:15-bk-14689-EPB__
Debtor(s)    Chapter __11__

## DECLARATION

I, the MANAGER of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __1__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: __November 18, 2015__    /s/ DENNIS R. HAYDON
**DENNIS R. HAYDON/MANAGER**
Signer/Title

Date: __November 18, 2015__    /s/ SÉAN P. O'BRIEN
Signature of Attorney
**SÉAN P. O'BRIEN 010540**
**GUST ROSENFELD, P.L.C.**
**ONE E. WASHINGTON STREET**
**SUITE 1600**
**PHOENIX, AZ 85004**
**(602) 257-7422 Fax: (602) 254-4878**

MML-5

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

NEW DAWN ASSISTED LIVING OPERATING COMPANY, LLC NO. 19 - 2:15-bk-14689-EPB

ADP, INC.
PO BOX 842875
BOSTON MA 02284-2875


ELLEN CREWS
1530 S LANDING ROAD
WATER VIEW VA 23180-2032


MICHELLE HURT
3225 LYTHAM COURT
TOANO VA 23168


REALPAGE, INC.
PO BOX 671777
DALLAS TX 75267-1777


WILSON E. BORN
53540 JEWELL
UTICA MI 48315